IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TREBLA ROZIER,

    Petitioner,

-vs-

UNITED STATES OF AMERICA,

    Respondent.                    No. 13-cv-1146-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on May 21, 2014, Petitioner's claims are **DISMISSED** with prejudice.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  s/*Caitlin Fischer*
       Deputy Clerk

Dated: May 21, 2014

Digitally signed by David R. Herndon
Date: 2014.05.21 16:13:44 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT